IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-3089- AP

JOHN J. HARAKAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff
Bryan Scott Henry
BRYAN SCOTT HENRY, PC
Post Office Box 6468
256 Dillon Ridge Road, B13
Dillon, Colorado 80435
Telephone: (970) 513-8402
Facsimile: (888) 390-8882
Email: bshlaw@gmail.com

For Defendant
John F. Walsh, United States Attorney
J. Benedict Garcia, Asst. United States Attorney
United States Attorney's Office
Email: JBGarcia@usdoj.gov

James L Burgess
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
Telephone: (303) 844-1856
Facsimile: (303) 844-0770
Email: james.burgess@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING RELEVANT PLEADINGS

   A. **Date Complaint Was Filed:** November 14, 2013

   B. **Date Complaint Was Served on U.S. Attorney's Office:** December 12, 2013

   C. **Date Answer and Administrative Record Were Filed:** February 4, 2014

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of their knowledge, the parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not raise unusual claims or defenses.

## 7. OTHER MATTERS

This case is not an appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

## 8. BRIEFING SCHEDULE

   A. **Plaintiff's Opening Brief Due:** April 7, 2014

   B. **Defendant's Response Brief Due:** May 22, 2014

   C. **Plaintiff's Reply Brief (If Any) Due:** June 6, 2014

The parties have agreed to extend the time for Defendant to submit her response brief because counsel for Defendant will be out of the office for two weeks in April and May, 2014 for medical reason.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

   A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B. **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*

A.   (   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 C BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

Dated this 12th day of February, 2014.

BY THE COURT:

S/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/Bryan Scott Henry
Bryan Scott Henry, P.C.
Post Office Box 6468
256 Dillon Ridge Road, B13
Dillon, Colorado 80435
Telephone: (970) 513-8402
Facsimile: (888) 390-8882
Email: bshlaw@gmail.com
Attorney for Plaintiff

/s/James L. Burgess
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
Telephone: (303) 844-1856
Facsimile: (303) 844-0770
Email: james.burgess@ssa.gov
Attorneys for Defendant