IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03089-KMT

JOHN J. HARAKAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 25, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing in accordance with the order.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, John J. Harakal , and against Defendant, Commissioner of Social Security.  It is

FURTHER ORDERED that Plaintiff, John J. Harakal, is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado this 25th    day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
Monique Ortiz, Deputy Clerk