IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03089-KMT

JOHN J. HARAKAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

_____

**ORDER GRANTING STIPULATION RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**
_____

    THIS MATTER comes before the Court upon a stipulation by the parties regarding Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. No. 25). The Court, being fully advised in the premises, HEREBY ORDERS that the Motion (Doc. No. 25) is GRANTED in part, and the stipulation is entered as an order of the Court.

    Plaintiff is hereby awarded $3,750.00 in attorney fees and $445.00 in costs pursuant to the EAJA. Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action. This award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

The EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 7th day of May, 2015.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge